United States District Court
Southern District of Texas

**ENTERED**
September 26, 2019
David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE CUEVAS AND ROSA E. DRAGUSTINOVIS CUEVAS, | §<br>§<br>§ | |
| vs. | §<br>§<br>§ | CIVIL ACTION NO. 7:18-CV-39 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM AND CONNIE COBB AS SUBSTITUTE TRUSTEE | §<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING DEFENDANT'S MOTION FOR DISMISSAL WITH PREJUDICE FOR FAILURE TO PROSECUTE AND FOR FAILURE TO COMPLY WITH COURT ORDER

On ~~this day~~ *2/13/19*, the Court considered Defendant Mortgage Electronic Registration Systems, Inc. (*"MERS"*)'s Motion To Dismiss With Prejudice for Failure to Prosecute and for Failure to Comply With Court Order (the *"Motion to Dismiss"*). The Court, having considered the Motion to Dismiss, *and noting no response* ~~objection(s) and response(s)~~ thereto, if any, finds the Motion to Dismiss has merit and *(for the reasons stated on the record.)* should be GRANTED. It is therefore,

ORDERED, ADJUDGED, and DECREED that MERS's Motion to Dismiss is GRANTED; it is further

ORDERED, ADJUDGED, and DECREED that Plaintiffs' claims against MERS are dismissed in their entirety, with prejudice, pursuant to FED. R. CIV. P. 41(b) and FED. R. CIV. P. 16(f)(1); it is further

ORDERED, ADJUDGED, and DECREED that MERS is hereby awarded *(against Plaintiffs' lawyers)* its reasonable and necessary attorney fees and costs in the amount of $ _5150.00_ .

SIGNED: _9/26/19 at McAllen, Texas._

_____
UNITED STATES DISTRICT JUDGE